**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| EXECWARE, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   C.A. No. 12-381-LPS |
| | ) |
| EBAY INC. | ) |
| | ) |
| Defendants. | ) |

## STIPULATION & ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Execware, LLC and defendant eBay Inc., pursuant to Fed R. Civ. P. 41(a)(2) and (c) and subject to the approval of the Court, that all claims between them in this action be, and upon approval are, dismissed WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys fees.

| | |
|---|---|
| BAYARD, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | |
| */s/ Stephen B. Brauerman* | */s/ Jack B. Blumenfeld* |
| Richard D. Kirk (No. 922) | Jack B. Blumenfeld (No. 1014) |
| Stephen B. Brauerman (No. 4952) | Julia Heaney (No. 3052) |
| 222 Delaware Avenue, Suite 900 | 1201 N. Market Street |
| Wilmington, DE 19899 | P.O. Box 1347 |
| (302) 655-5000 | Wilmington, DE 19899-1347 |
| sbrauerman@bayardlaw.com | (302) 658-9200 |
| rkirk@bayardlaw.com | jblumenfeld@mnat.com |
| | jheaney@mnat.com |
| *Attorneys for Plaintiff Execware, LLC* | |
| | *Attorneys for Defendant eBay, Inc.* |

IT IS SO ORDERED this _____ day of _____, 2012.

_____
United States District Judge