IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EXECWARE, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 12-381-LPS |
| | ) | |
| EBAY INC. | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION & ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Execware, LLC and defendant eBay Inc., pursuant to Fed R. Civ. P. 41(a)(2) and (c) and subject to the approval of the Court, that all claims between them in this action be, and upon approval are, dismissed WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys fees.

BAYARD, P.A.                                    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Stephen B. Brauerman*                      */s/ Jack B. Blumenfeld*
Richard D. Kirk (No. 922)                       Jack B. Blumenfeld (No. 1014)
Stephen B. Brauerman (No. 4952)                 Julia Heaney (No. 3052)
222 Delaware Avenue, Suite 900                  1201 N. Market Street
Wilmington, DE 19899                            P.O. Box 1347
(302) 655-5000                                  Wilmington, DE 19899-1347
sbrauerman@bayardlaw.com                        (302) 658-9200
rkirk@bayardlaw.com                             jblumenfeld@mnat.com
                                                jheaney@mnat.com
*Attorneys for Plaintiff Execware, LLC*
                                                *Attorneys for Defendant eBay, Inc.*

IT IS SO ORDERED this 26th day of June, 2012.

_____
United States District Judge